No. 01–10379.  THOMPSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–10382.  GENERAL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–10384.  ANGELO FLORES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–10386.  ALIM *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–10387.  BELL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–10389.  DUVALL *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–10390.  ESTRADA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–10394.  GARY *v.* HOLT, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–10408.  MOLINA-PORTILLO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–10439.  FOSTER *v.* FULKERSON ET AL.  C. A. 6th Cir. Certiorari denied.